IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISTINE W. WATSON,

      Plaintiff,   No. CIV S-11-2232 DAD

    v.

MICHAEL J. ASTRUE,   ORDER
Commissioner of Social Security,

      Defendant.
_____/

      Plaintiff, represented by counsel, commenced this action on April 20, 2011, by filing a complaint in the United States District Court for the District of Oregon. After service of process was effected, the parties stipulated to transfer of the action to the United States District Court for the Eastern District of California, Sacramento Division. The case was filed in the Eastern District of California on August 24, 2011.

      To ensure that no confusion arises from the filing of a procedural order by the District of Oregon, the parties' stipulation to transfer, and the filing of this court's scheduling order upon transfer, IT IS ORDERED that:

      1. Defendant shall lodge the administrative record and file an answer or other response to plaintiff's complaint on or before September 28, 2011, as agreed by the parties in their stipulation (35 days after August 24, 2011).

1

2. After defendant's response is filed, all further proceedings are governed by this court's scheduling order filed August 24, 2011 (Doc. No. 14).

3. Plaintiff shall comply with this court's order re consent or request for reassignment (Doc. No. 14) by completing and filing the required form within fourteen days after this order is filed.

DATED: September 13, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/watson2232.sched.ord.mod