Kathryn Tassinari
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR  97401
(541) 686-1969

Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| KRISTINE W. WATSON, ) | |
| ) | Civil No. 2:11-CV-02232-DAD |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Based upon the unopposed Motion and Declaration of Plaintiff, the Court hereby grants Plaintiff's November 17, 2011 Motion for an Extension of Time.  (Doc. No. 17.)  Plaintiff shall file the opening brief on or before December 29, 2011.

IT IS SO ORDERED.

DATED: November 22, 2011.

*Dale A. Drozd* (signature)
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\watson2232.eot

ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF