1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney
5
          333 Market Street, Suite 1500
6         San Francisco, California  94105
          Telephone:  (415) 977-8977
7         Facsimile:  (415) 744-0134
          E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| KRISTINE W. WATSON, ) | CIVIL NO.: 2:11-cv-02232-DAD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO EXTEND |
| ) | TIME |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from January 30, 2012, to March 1, 2012.  This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.  Defendant needs the additional time to further review the file and prepare a response in this matter.

/////

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                              Respectfully submitted,

Dated: January 26, 2012          /s/ *Kathryn Tassinari*
                                        (As authorized via e-mail on 1/26/12 at 2:46 p.m.)
                                        KATHRYN TASSINARI
                                        Attorney for Plaintiff

Dated: January 26, 2012          BENJAMIN B. WAGNER
                                        United States Attorney
                                          DONNA L. CALVERT
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

                          By:      /s/ *Lynn M. Harada*
                                          LYNN M. HARADA
                                          Special Assistant United States Attorney

<u>ORDER</u>

APPROVED AND SO ORDERED:

DATED: January 30, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\watson2232.stipord.eot2.wpd

Stip. & Prop. Order to Extend: 2:11-cv-02232-DAD      2