1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney
           160 Spear Street, Suite 800
5          San Francisco, California  94105
           Telephone:  (415) 977-8977
6          Facsimile:  (415) 744-0134
           E-Mail: Lynn.Harada@ssa.gov
7
   Attorneys for Defendant
8
                     UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
                          **SACRAMENTO DIVISION**
11

12 | KRISTINE W. WATSON,         ) | CIVIL NO. 2:11-cv-02232-DAD
                                 )
13 |     Plaintiff,               )
                                 )  STIPULATION AND ORDER APPROVING
14 |     v.                       |  SETTLEMENT OF ATTORNEY FEES
                                 )  PURSUANT TO THE EQUAL ACCESS TO
15 | MICHAEL J. ASTRUE,          )  JUSTICE ACT
   Commissioner of              )
16 | Social Security,             )
                                 )
17 |     Defendant.               )
   _____)

18       IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel,

19 subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice

20 Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND, TWO-HUNDRED DOLLARS

21 AND ZERO CENTS ($5,200.00). This amount represents compensation for all legal services rendered

22 on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C.

23 § 2412(d).

24       After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will

25 consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant

26 to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend

27 on whether the fees and expenses are subject to any offset allowed under the United States Department

28 of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the

government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Harder, Wells, Baron & Manning, P.C., pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: December 18, 2012      By: /s/ *Kathryn Tassinari*
       (As authorized by email on 12/18/12)
       KATHRYN TASSINARI
       Attorney for Plaintiff

       BENJAMIN B. WAGNER
       United States Attorney
       DONNA L. CALVERT
       Acting Regional Chief Counsel, Region IX
       Social Security Administration

Dated:  December 18, 2012     By: /s/ *Lynn M. Harada*
       LYNN M. HARADA
       Special Assistant United States Attorney

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of FIVE THOUSAND, TWO-HUNDRED DOLLARS AND ZERO CENTS ($5,200.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: December 19, 2012.

Ddad1\orders.soc sec
watson2232.stip.eaja.wpd

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Stip. and Prop. Order for EAJA Fees; 2:11-cv-02232-DAD          2